## BRIAN SUPPLY CO.

v.

## John H. NORBERG, Tax Administrator.

No. 81–510–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1981.

Gardner, Sawyer, Gates & Sloan, James M. Sloan III, Michael J. Murray, Providence, for plaintiff-respondent.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.